1  Kelley J. Lazarovit, Esq. (SBN: No. 251627)
2  klazarovits@gilbertstern.com
   GILBERT & STERN LLP
3  1888 Century Park East, Suite 1550
   Los Angeles, California 90067
4  Telephone: (310) 553-0350
   Facsimile: (310) 553-0390
5

6  Attorneys for Plaintiff,
   SARA ORTIZ
7

8  Sevan Gobel, Esq. (SBN: 221768)
   sgobel@lbbklaw.com
9  LAGASSE BRANCH BELL + KINKEAD LLP
   626 Wilshire Blvd., Suite 1000
10 Los Angeles, CA 90017
   Telephone:  (213) 817-9152
11 Facsimile:  (213) 817-9154

12
   Attorneys for Defendant,
13 COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ORTIZ,<br><br>               Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25, Inclusive,<br><br>               Defendants. | Case No. 8:22-cv-01207-JWH-DFM<br><br>*[Assigned to Hon. John W. Holcomb, District Judge, and Hon. Douglas F. McCormick, Magistrate Judge]*<br><br>**JOINT STATUS REPORT RE: SETTLEMENT OF ENTIRE CASE**<br><br>*State Action filed:  03/24/2022* |

28  / / /

The following is the joint report submitted on behalf of Plaintiff, SARA ORTIZ ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") regarding the results of the mediation on July 26, 2023.

## **SETTLEMENT OF ENTIRE CASE**

The parties reached a settlement agreement on July 26, 2023, and are in the process of executing settlement documents and working on getting the MediCal/Medicaid liens identified and paid through the settlement.

The parties anticipate filing a Stipulation for Dismissal within 60 days.

Dated: July 28, 2023         GILBERT & STERN LLP

By: _____
    Kelley J. Lazarovits, Esq.
    Attorneys for Plaintiff
    SARA ORTIZ

Dated: July 28, 2023         LAGASSE BRANCH BELL + KINKEAD LLP

By: _____
    Sevan Gobel, Esq.
    Attorneys for Defendant
    COSTCO WHOLESALE CORPORATION