1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ORTIZ,<br><br>     Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 25, Inclusive<br><br>     Defendants. | Case No. 8:22-cv-01207-JWH-DFM<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff SARA ORTIZ and defendant COSTCO WHOLESALE CORPORATION, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above-entitled action is **DISMISSED with prejudice** in its entirety, with Defendant Costco and Plaintiff to bear their own costs to date.

**IT IS SO ORDERED.**

Dated: September 14, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE